

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Donald John Martin

                       **Plaintiff,**

V.

Kilolo Kijakazi,
   Acting Commissioner of Social Security

                       **Defendant.**

Civil Action No.   22-cv-01926-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court finds the ALJ committed reversible error by failing to incorporate Plaintiff's moderate limitations in the ability to maintain attendance and perform work activities on a consistent basis and the ability to perform work activities without special or additional supervision into his RFC determination, or to otherwise provide legally sufficient reasons for rejecting those limitations. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED the Commissioner's decision is REVERSED and this case is REMANDED for further administrative proceedings consistent with this opinion. Case is closed.

Date:   3/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

                                                                  L. Sotelo, Deputy